# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1830 ADM/SRN **Case Title:** Spainhower v. Thiele Engineering

**Affidavit of Movant**

I, Allen W. Hinderaker, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Alene V. Haskell, an attorney admitted to practice in the Eastern District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Thiele Technologies in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 45287 11/5/01

Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Alene V. Haskell, am currently a member in good standing of the U.S. District Court for the Eastern District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Alene V. Haskell [signature] 10/25/01

Type/Print Name Signature Date

Attorney License Number: Mo. State #28935; E.D.Mo. #3344

Law Firm Name & Address: Husch & Eppenberger, LLC

100 N. Broadway, Suite 1300

St. Louis, MO 63102

Telephone: (314) 421-4800

Motion Granted: [signature] NOV 7 2001

For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

NOV 07 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK