UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Daryl Spainhower,

Plaintiff,

vs.

Thiele Engineering,

Defendant.

Court File No: CV-01-1830 JEL/JGL

**ORDER**

---

The above-entitled matter came on for hearing before the Court on July 29, 2002 upon the motion of Defendant Thiele Engineeriing to Compel Discovery of Plaintiff Daryl Spainhower and enlarge the Court's Scheduling Order of December 14, 2001. David E. Camarotto appeared for the moving party. John T. Anderson appeared for the plaintiffs.

The Court having heard the argument of counsel and being fully advised, it is hereby

**ORDERED:** (Doc. No. 11)

1. That Plaintiff produce their Rule 26 Disclosures and make their documents available for inspection within 10 days of this Order; and

2. That the Court's Scheduling Order of December 14, 2001 be modified to enlarge the deadline for discovery to November 1, 2002.

Dated this 29 day of July, 2002.

**BY THE COURT:**

Dated: July 29, 2002

Honorable Jonathon Lebedoff
Chief Magistrate Judge, U.S. District Court

FILED JUL 30 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______