UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Daryl Spainhower,

Plaintiff,

vs.

Thiele Engineering,

Defendant.

Court File No: CV-01-1830 JEL/JGL

STIPULATION TO ENLARGE DEADLINE FOR DISPOSITIVE MOTIONS

## STIPULATION

The Parties, having compromised regarding the Court's scheduling order, and pursuant to instruction from the Honorable Chief Magistrate Judge Lebedoff's clerk, hereby agree that the dispositive motion deadline of November 1, 2002 be enlarged to December 1, 2002.

JOHN T. ANDERSON & ASSOCIATES

Dated: 12-5-02

By: John T. Anderson, #0002549
401 Second Ave. South
Suite 550
Minneapolis, Minnesota 55401
(612) 339-1515

JOHNSON & LINDERG, P.A.

Dated: 12/6/02

By: Michael C. Lindberg, #63307
David Camarotto, #307208
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

FILED DEC 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation to Enlarge the Dispositive Motion Deadline between Plaintiff Daryl Spainhower and Defendant Thiele Engineering,

**IT IS HEREBY ORDERED:**

1. That the deadline for dispositive motions in the above-captioned matter be enlarged from November 1, 2002 to December 1, 2002.

Dated: Dec 9, 2002

**BY THE COURT:**

Chief Magistrate Judge Lebedoff
Judge of U.S. District Court