**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Daryl Spainhower,

Plaintiff,

vs.

Thiele Engineering,

Defendant.

Court File No: CV-01-1830 JEL/JGL

**STIPULATION OF DISMISSAL, ORDER OF DISMISSAL AND JUDGMENT**

---

# STIPULATION

The above-entitled matter, having been compromised and settled, is hereby dismissed on the merits and with prejudice, but without costs to any party.

Dated: 1/9/04

**JOHN T. ANDERSON & ASSOCIATES**

By: ______________________
John T. Anderson, #0002549
Attorney for Plaintiff
401 Second Ave. South
Suite 550
Minneapolis, Minnesota 55401
(612) 339-1515

FILED JAN 15 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED JAN 15 2004
DEPUTY CLERK'S INITIALS ______

**JOHNSON & LINDBERG, P.A.**

Dated: 1-12-04

By: Daniel E. Hintz

Daniel E. Hintz, #294718
David E. Camarotto, #307208
Michael C. Lindberg, #63307
Attorneys for Defendant
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

## ORDER

Pursuant to the Stipulation above, a judgment of dismissal on the merits and with prejudice shall be entered by the Court. Let judgment be entered accordingly.

**BY THE COURT:**

Dated: January 14, 2004

J. Ericksen

Honorable Joan Ericksen
Judge of U.S. District Court

## JUDGMENT

Judgment of dismissal on the merits and with prejudice has been entered by the Court this

______ day of ____________________, 20___.

______________________________

Clerk of U.S. District Court