1734854

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED

FEB 10 2004

MICHAEL GANS
CLERK OF COURT

No. 03-3282

| | | |
|---|---|---|
| Daryl Spainhower, | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota |
| | * | |
| Thiele Engineering, | * | |
| Appellant. | * | |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

February 10, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
APR 19 2005
U.S. DISTRICT COURT DULUTH

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

01-1830 JNE

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 10, 2004

Mr. David E. Camarotto
JOHNSON & LINDBERG
Suite 960
7900 International Drive
Minneapolis, MN 55425-3828

Re: 03-3282 Daryl Spainhower vs. Thiele Engineering

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Mandate Issued

Michael E. Gans

Michael E. Gans
Clerk of Court

cmd

Enclosure(s)

cc: Honorable Joan N. Ericksen, U.S. District Judge
John Theodore Anderson
Michael Charles Lindberg
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1830 JEL/JGL